SLR:EDB:wkh
F: #2002V00882

**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JUI-TENG LIN,

         Defendant.

- - - - - - - - - - - - - - - - X

IN RE PETITION OF YUCHIN LIN,
TAO LIN AND ALEX LIN,

         Third Party
         Petitioners.

- - - - - - - - - - - - - - - - X

<u>FINAL ORDER OF FORFEITURE</u>

CR-02-0432 (DGT)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 21 2005 ★

P.M. _____
TIME A.M. _____

     Upon the Preliminary Order of Forfeiture, as amended by the previously issued First, Second, Third and Fourth Amended Preliminary Orders of Forfeiture, and the Stipulation of Settlement and Order of Forfeiture (the "Stipulation"), executed by and between the United States of America (the "Government"), and Yuchin Lin, Alex Lin and Tao Lin (collectively, the "Third-Party Petitioners"), a copy of the Stipulation which is annexed hereto as Exhibit A and incorporated herein, it is now

     HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

     1. The following assets are condemned and forfeited to the use and benefit of the Government:

         a. all funds on deposit in SunTrust Bank checking account number 758758663506;

   b. all funds on deposit in First Union National Bank/Wachovia National Bank account number 2090001068745;

   c. all funds, monetary instruments and securities on deposit in Merrill Lynch account number 2AS-86K14, formerly known as account number 895-80689, and account number 2AS-86J34, formerly known as account number 89S-80690;

   d. all funds, monetary instruments and securities on deposit in Vanguard Group account number 0021-09914057959, and account number 0040-09914057959; and

   e. all funds, monetary instruments and securities on deposit in Ameritrade brokerage account number 144-392214, formerly known as account number 4RX-385493, (collectively hereinafter referred to as the "Forfeited Funds and Securities"). Third-Party Petitioners shall execute all documents or otherwise take any and all steps necessary to forfeit or otherwise transfer ownership of the Forfeited Funds and Securities to the Government.

   2. All shares of SurgiLight, Inc. stock held by the Defendant, JUI-TENG LIN, together with all shares of SurgiLight, Inc. stock held by Third-Party Petitioners, either individually or jointly with others, including but not limited to those shares of SurgiLight stock held by virtue of Lin Family Partners, Ltd. (collectively the "Forfeited Stock"), are immediately forfeited and condemned to the use and benefit of the Government. Third-Party Petitioners shall execute all documents or otherwise take all steps

necessary to effect the forfeiture or otherwise transfer ownership of the Forfeited Stock to the Government.

3. The United States Marshals Service and its authorized agents and/or contractors shall dispose of the Forfeited Funds and Securities, and the Forfeited Stock in accordance with all laws and regulations including but not limited to, the sale and/or transfer of the Forfeited Stock.

4. The Government shall take all necessary steps to release the following assets, previously seized or otherwise encumbered by the Preliminary and Amended Order of Forfeiture(s):

   a. all funds on deposit in SunTrust Bank checking account number 758758712868, and account number 758758741387;

   b. all funds, monetary instruments and securities on deposit in Vanguard Group account number 9914057496;

   c. all funds, monetary instruments and securities on deposit in T. Rowe Price account number 951144, and account number 222936; and

   d. all funds, monetary instruments and securities on deposit in Ameritrade brokerage account number 148-013042.

5. The United States shall release its notice of pendency on the premises and real property located at 4532 Old Carriage Trail, Oveida, Florida within thirty (30) days of the issuance of this Final Order of Forfeiture.

4

6. The Court shall retain jurisdiction over this matter until such time as all steps have been taken by Third-Party Petitioners and the United States, respectively, as required by the Stipulation, and/or Preliminary Order(s) of Forfeiture, and Final Order of Forfeiture.

7. The Clerk of the Court shall forward eight (8) certified copies of this Final Order of Forfeiture to the United States Attorney for the Eastern District of New York, Attention: Elaine D. Banar, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
July _1_, 2005

s/David G. Trager
HONORABLE DAVID G. TRAGER
UNITED STATES DISTRICT JUDGE